## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAREN ELAINE SHORTER,<br><br>Defendant. | CR 22-005-M-DWM<br><br>ORDER |

Based on motion of the United States of America, and for good cause shown,

IT IS HEREBY ORDERED that the arrest warrant issued for Karen Elaine Shorter on January 26, 2022, is quashed.

IT IS FURTHER ORDERED that the Clerk of Court shall issue a Summons for Karen Elaine Shorter to appear before this Court to answer the indictment filed against defendant Shorter on October 5, 2022 at 1:30 p.m.

DATED this 12th day of September, 2022.

Kathleen L. DeSoto
United States Magistrate Judge